HEIM.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK v. JAMES D. CLIFFORD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MORRIS R. SILVERMAN v. NATHAN B. FINKELSTEIN.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STABILE & CO., INC., v. BANCA NAZIONALE DEL REDUCE.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MOLLIE LIPSCHITZ v. ROTTERDAM HOLDING CO., INC.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Petition of GEORGE F. TROMMER and Others, as Acting Trustees, etc., for a Mandamus Order in the Matter of GEORGE RINGLER & CO.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands, etc., Situated in Block Bounded by Eastburn Avenue, East 174th Street, Weeks Avenue and East 173d Street, Borough of The Bronx.— Reference ordered. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELEANOR GENEVIEVE CASSEBEER v. HENRY ARTHUR CASSEBEER.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE W. HARRIS v. MURRAY HULBERT, as President, etc., and Others.— Motion denied, except in so far as the printing of copies of the ballots is concerned, the originals of which may be produced in lieu thereof upon the hearing herein. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ

In the Matter of the Application for Appointment of a Committee of the Person and Property of MARY E. BRYANT, an Alleged Incompetent.— Appeal withdrawn and discontinued, without costs to any parties as against the other. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BROAD AND LACKAWANNA REALTY COMPANY v. EDWARD N. BREITUNG and Another.— Motion granted, provided the motion for leave to appeal be made at the December, 1923, term of this court. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GEORGE R. BRANDENBERG and Others v. ECLIPSE MACHINE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith Merrell and McAvoy, JJ.

GEORGE R. BRANDENBERG and Others v. ECLIPSE MACHINE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ,

In the Matter of the Application of JOHN MORRIS for a Certiorari Order to Review the Determination of RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Dismissing the Petitioner from the Police Force.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GEORGE W. CARR, as Executor, etc., of CHARLES S. HALSTED, Deceased.— Decree and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of JAMES EWING for an Order Revoking the